**Emily A. MOODY et al., Appellants v. Jo
V. MORGAN, Appellee.**

**Nos. 10534, 10567.**

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 26, 1951.

Decided Feb. 8, 1951.

Mr. Russell Hardy, Washington, D. C.,
for appellants.

Mr. Jaquelin A. Marshall, Washington,
D.C., for appellee.

Before EDGERTON, CLARK, and
WASHINGTON, Circuit Judges.

PER CURIAM.

We find no error in the record. The
judgment of the District Court is there-
fore affirmed.